# William H. Handly v. Department of Employment Security

[369 A.2d 1152]

No. 166-76

Present: Barney, C.J., Daley, Larrow, Billings, and Hill, JJ.

Opinion Filed December 21, 1976

*Frederick M. Niland,* St. Johnsbury, for employer St. Johnsbury Trucking Company, Inc.

*Raymond S. Fitzpatrick,* Montpelier, for Defendant.

**Per Curiam.** The certified question is answered in the negative. Notice of intent to appeal, and mailing of the same, was more than six days after receipt of notice of the referee's decision by the employer. 21 V.S.A. § 1349; 21 V.S.A. § 1357; Rules of Employment Security Board, No. 17C. *Allen* v. *Vermont Employment Security Board,* 133 Vt. 166, 168, 333 A.2d 122 (1975).